## El ·Pueblo v. Cordero.

Apelación procedente de la Corte de Distrito de Ponce.

No. 3.  Resuelto en Abril 3, 1905.

APELACIÓN.—PLIEGO DE EXCEPCIONES.—RELACIÓN DE HECHOS.—ERRORES MANI-
FIESTOS.—No habiendo pliego de excepciones, ni relación de hechos, y no apa-
reciendo de los autos que se haya cometido algún error que justifique la revo-
cación de la sentencia, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy*, Fiscal.

La parte apelante no compareció.

El Juez Asociado Sr. Hernández, emitió la siguiente opinión del Tribunal.

El presente es un recurso de apelación interpuesto por Pascual Cordero contra sentencia de la Corte de Distrito de Ponce que le condena en causa por delito de escalamiento en segundo grado.

La acusación tuvo lugar en 1o. de Setiembre del año próximo pasado, y habiéndola negado Pascual Cordero, se celebró el correspondiente juicio, habiendo sido declarado culpable y condenado en unión de otro á la pena de un año de Presidio en el Departamental de la Isla con trabajos forzados y al pago de las costas.

Apeló Cordero contra dicha sentencia, pero en la copia de autos remitida por el Secretario de la Corte sentenciadora no aparece protesta alguna formulada, ni constan las pruebas que se practicaron, ni hay pliego de excepciones, ni tampoco el apelante ha presentado alegato alguno en apoyo de su recurso.

No habiendo alegado el recurrente ni encontrado este Tribunal motivo alguno que aconseje la revocación de la sentencia, debe confirmarse ésta con las costas del recurso á cargo de Pascual Cordero.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados, Figueras y MacLeary.

El Juez Asociado Sr. Wolf no formó Tribunal en la vista de este caso.